

### LAW OFFICES OF CHARLES EISS, P.L.
*"Representing Employers and Employees...but Not On the Same Case!"*

February 10, 2020

All-Ways Towing & Storage Inc.
2550 S Park Road,
Pembroke Park, FL 33009

c/o Registered Agent
Natalie M. Adams, P.A.
1640 W. Oakland Park Blvd. #303
Fort Lauderdale, FL 33311

**Re: TODDRIC KNIGHT and EVENSON BENDERS
SENT BY REGULAR AND CERTIFIED MAIL**

To Whom It May Concern:

Please be advised this letter is written on behalf of our clients, Toddric Knight and Evenson Benders, as required by Florida Statutes § 448.110 (Florida Minimum Wage Act, or "FMWA") to advise you of their intent to claim damages for your company, All-Ways Towing & Storage Inc. ("All-Ways Towing")'s failure to compensate them properly. Payment in full pursuant to this statute is due within 15 calendar days of your receipt of this letter.

Mr. Knight worked for All-Ways Towing as a Tow Truck Operator from on or about December 11, 2019 to on or about January 9, 2020. During his employment with All-Ways Towing, Mr. Knight regularly worked about seventy-two (72) hours per week, and he was to be paid $18.00 per hour plus 30% commission for towing calls completed. Mr. Knight was also to receive $400.00 for each flooded truck taken to the yard of All-Ways Towing. During his employment with All-Ways Towing, Mr. Knight only received two payments in case, one in the amount of $585.00, the other in the amount of $365.00. Mr. Knight also delivered three (3) flooded trucks to the yard for which no compensated was received. Mr. Knight therefore estimates that he is owed $5,434.00 as a base amount, together with an additional amount representing the commissions to be determined by records from All-Ways Towing.

Mr. Benders worked for All-Ways Towing as a Tow Truck Operator from on or about December 13, 2019 to on or about January 18, 2020. During his employment with All-Ways Towing, Mr. Benders regularly worked about seventy-two (72) hours per week, and was to be paid 30% commission for towing calls completed and an hourly rate for long distance towing jobs, the amount of which was not disclosed to him. During his employment with All-Ways Towing, Mr. Benders received total payments in the approximate amount of $500.00, in cash. Mr. Benders therefore estimates that he is owed $5,980.00 as a base amount, and an additional amount



### LAW OFFICES OF CHARLES EISS, P.L.
*"Representing Employers and Employees...but Not On the Same Case!"*

representing the commissions to be determined by records from All-Ways Towing.

In addition to the unpaid wages, our clients were never compensated overtime for hours worked over forty (40) in each work-week. Our clients therefore also intend to claim damages for overtime violations under the Fair Labor Standard Act ("FLSA"). This claim has separate damages which are not included in this demand letter.

A suit under the FMWA will include a claim for liquidated damages. Liquidated damages, when awarded by the Court, are a double damages award.

Therefore, demand is hereby made for unpaid wages as specified above, an additional amount representing the commissions to be determined by records from All-Ways Towing, together with attorney's fees accrued to date. The failure to make payment in full within 15 calendar days will result in the commencement of a law suit for the full damages referenced herein.

**<u>PLEASE GOVERN YOURSELVES ACCORDINGLY</u>**

Sincerely,

/s/ Charles Eiss
Charles Eiss, Esq.
chuck@icelawfirm.com