
Case 0:20-cv-60275-WPD   Document 1-4   Entered on FLSD Docket 02/10/2020   Page 1 of 1

< Inbox    **All Ways Towing & Storage...**    ∧    ∨

Sponsored

## Tow Truck Operator

**All Ways Towing & Storage** - Hallandale Beach, FL

$12 - $18 an hour

Looking for motivated, experienced **tow truck** operators in the Broward and Miami-Dade County areas.*. Must have experience, minimum one year in either type of...

Easily apply

Jan 17

**2 new jobs found**

**View all jobs**

View jobs: since yesterday - for last 7 days

## Do you think you are paid fairly at EMS


