UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO. 0:20-cv-60275-WPD

TODDRIC KNIGHT and
EVENSON BENDERS,
    Plantiff,

vs.

ALL-WAYS TOWING & STORAGE, INC.,
    Defendants
_____/



FILED BY _____ D.C.

MAR 30 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

The Defendant, ALL-WAYS TOWING & STORAGE, INC., pro se, files this Motion for Extension of Time, and as grounds therefore alleges the following:

1. The above captioned complaint was served upon an employee of the Defendant on February 25, 2020.
2. The Defendant is not fully operating due to the situation of the Corona virus and can not currently afford to hire counsel.
3. The Defendant is presently looking for counsel but needs additional time to do so. The Defendant respectfully requests additional time.
4. The Defendant is filing this motion in good faith and not for the purpose of delay.

WHEREFORE, the undersigned files this Motion for Extension of Time and respectfully requests additional time to file an answer.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing Motion was sent by mail to: Law Offices of Charles M. Eiss. Esq., 7951 S.W. 6 Street Suite 112 Plantation, FL 33324 on this 27th day of March 2020.

Alexandra Alegria for All-Ways Towing & Storage, Inc.
2550 S. Park Road
Pembroke Park, FL 333009
Phone: (954) 496-6810  Fax: (954) 967-9967



All-Ways Towing & Storage
2550 S. Park Road
Hallandale, FL 33009

Clerk of Courts
400 North Miami Ave
Miami, FL 33128