UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60275-CIV-DIMITROULEAS

TODDRIC KNIGHT and
EVENSON BENDERS,

    Plaintiffs,

vs.

ALL-WAYS TOWING & STORAGE, INC.,

    Defendant.
_____/

## ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT ALL-WAYS TOWING & STORAGE, INC.

This cause is before the Court *sua sponte*.

On March 31, 2020, the Court granted Defendant's Motion for Extension of Time. *See* [DE 10]. The Court ordered that Defendant shall have up to and including **April 30, 2020** to obtain counsel to file a notice of appearance in the record and respond to the complaint. *Id.* As of the date of this Order, no counsel has filed a notice of appearance on behalf of Defendant All-Ways Towing & Storage, Inc. The Court notes it is a well-settled principle of law that a corporation cannot appear pro se and must be represented by counsel. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-1386 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986).

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. On or before **May 18, 2020**, Defendant shall obtain counsel to file a notice of appearance in the record and respond to the complaint or show cause why default should not be entered against it.

2. The Clerk is **DIRECTED** to mail a copy of this Order the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of May, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

All-Ways Towing & Storage, Inc.
c/o Natalie M. Adams
2550 South Park Road
Hallandale, Fl 33009

All-Ways Towing & Storage, Inc.
c/o Natalie M. Adams
1640 W. Oakland Park Blvd., #303
Ft. Lauderdale, FL 33311