**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE**

| | |
|---|---|
| TODDRIC KNIGHT and EVENSON BENDERS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALL-WAYS TOWING & STORAGE, INC., )<br>)<br>Defendant. )<br>) | Case No. 0:20-cv-60275-WPD |

## NOTICE OF APPEARANCE

Jesse I. Unruh, Esq. of the law firm of Spire Law, LLC. hereby files this, his Notice of Appearance as counsel for the Defendant in the above-referenced matter and requests that all future pleadings, briefs, notices, Orders, or documents of whatever kind be served upon him.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 15th day of May, 2020.

    Respectfully submitted,
    Spire Law, LLC
    12249 Science Drive, Suite 155
    Orlando, Florida 32826

    By:  s/Jesse I. Unruh

        Jesse I. Unruh, Esq.
        Florida Bar No. 93121
        jesse@spirelawfirm.com

    Attorney for Defendant | All-Ways Towing &
    Storage, Inc.

**CERTIFICATE OF SERVICE**

      I hereby Certify that on this 15th  day of May, 2020, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Tiexin Yang, Esq. at tiexin@icelawfirm.com and Charles Merrill Eiss, Esq. at chuck@icelawfirm.com at 7951 SW 6th Street, Suite 308, Plantation, FL 33324

    /s/ Jesse Unruh
    Jesse Unruh