UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TODDRIC KNIGHT and EVENSON BENDERS, <br><br> Plaintiffs, <br><br> v. <br><br> ALL-WAYS TOWING & STORAGE, INC., <br><br> Defendant. | Case No. 0:20-cv-60275-WPD |

## [PROPOSED] SCHEDULING ORDER

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **July 12, 2021** at **9:00 a.m.** A Pretrial Conference in this matter shall be held on **June 28, 2021**.

| | |
|---|---|
| **July 31, 2020** | The Parties shall serve their initial disclosures pursuant to Fed. R. Civ. P. 26. |
| **August 31, 2020** | The Parties shall file motions to amend pleadings or join Parties. |
| **September 30, 2020** | Plaintiff shall provide Defendant with an expert witness list, accompanied by the summaries and reports. |
| **October 30, 2020** | Defendant shall provide Plaintiff with an expert witness list accompanied by the summaries and reports. |
| **November 30, 2020** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

| | |
|---|---|
| **January 19, 2021** | All discovery, including expert discovery shall, be completed. |
| **January 29, 2021** | The Parties shall complete mediation and file a mediation report with the Court. |
| **February 26, 2021** | The Parties shall file all dispositive pre-trial motions and *Daubert* motions (which include motions to strike or exclude experts). |
| **May 28, 2021** | The Parties shall each file one motion *in limine*. |
| **June 7, 2021** | The Parties shall submit joint pre-trial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and €, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |
| **June 7, 2021** | The Parties shall submit their deposition designations. |
| **June 28, 2020** | The pretrial conference shall be held. |
| **July 12, 2021** | Beginning of Trial Period |

DONE AND ORDERED in Chambers at Miami, Florida, this_____day of July, 2020.

                                                _____
                                                WILLIAM P. DIMITROULEAS
                                                UNITED STATES DISTRICT JUDGE